"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHRISTOPHER PEDROZA,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN, CALIPATRIA STATE PRISON,<br><br>        Respondent. | Case No. CV 08-3487-AHS (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: DEC - 5 2008

_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE