JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVE CHRISTOPHER PEDROZA, ) Case No. CV 08-3487-AHS (RNB)
)
Petitioner, )
) **JUDGMENT**
vs. )
)
WARDEN, CALIPATRIA STATE PRISON, )
)
Respondent. )

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: DEC - 5 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE